**Lewis Roca Rothgerber LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Kristina N. Holmstrom** (State Bar No. 023384)
Direct Dial: 602.262.5762
Direct Fax: 602.734.3875
Email: KHolmstrom@LRRLaw.com

*Attorneys for Life Insurance Company of North America,
Banner Health, and Banner Health Disability Plan*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Carole Cubitto, | No. 2:15-cv-00438-SRB |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Life Insurance Company of North America; Banner Health; Banner Health Disability Plan, | |
| Defendant. | |

The parties, by and through counsel undersigned, hereby stipulate to dismiss this matter with prejudice with each party to bear its own costs and fees.

DATED this 5th day of October 2015.

SCOTT E. DAVIS, P.C.                              LEWIS ROCA ROTHGERBER, LLP

By _/s/ Scott E. Davis (with permission)_         By _/s/ Kristina N. Holmstrom_
    Scott E. Davis                                          Kristina N. Holmstrom
    *Attorney for Plaintiff*                                *Attorneys for Defendants Life Insurance Company of North America, Banner Health, and Banner Health Disability Plan*

6706366_1