UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Carole Cubitto,<br><br>        Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America; Banner Health; Banner Health Disability Plan,<br><br>        Defendant. | No.  2:15-cv-00438-SRB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  This matter comes before this Court on the parties' stipulation to dismiss with prejudice.  As there is good cause,

  IT IS ORDERED dismissing this lawsuit with prejudice, each party to bear its own attorneys' fees and costs.

  Dated this 6th day of October, 2015.

_____
Susan R. Bolton
United States District Judge